1  Michael L. Charlson (Bar No. 122125)
   Maren J. Clouse (Bar No. 228726)
2  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California  94301
   Telephone:     (650) 463-4000
4  Facsimile:      (650) 463-4199
   michael.charlson@hoganlovells.com
5
   Attorneys for Defendant
6  APPLE INC., a California corporation

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

| ANTHONY CHIU, individually and on behalf of all others similarly situated | Case No.  CV 11-00407 LHK |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT APPLE INC. TO RESPOND TO THE COMPLAINT** |
| v. | |
| APPLE, INC., a California Corporation, and DOES 1-50 inclusive, | |
| Defendants. | **Honorable Lucy H. Koh** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND ORDER TO EXTEND
TIME; CASE NO. CV 11-00407 LHK

\\029613/000034 - 64384 v1

1  Pursuant to Civil Local Rule 6-1, Defendant Apple Inc. ("Apple") and Plaintiff Anthony
2  Chiu hereby stipulate to extend the time that Apple has to answer or otherwise respond to the
3  Complaint until March 16, 2011.  The parties believe that extending Apple's response time will
4  conserve both the parties' and the Court's resources.  The requested extension will not alter the
5  date of any event or any deadline already fixed by the Court order.

6
7  Dated: February 18, 2011                    HOGAN LOVELLS US LLP

   By: */s/ Michael L. Charlson*
8                                                        Michael L. Charlson

9  Attorneys for Defendant
10 APPLE INC., a California corporation

11
12 Dated: February 18, 2011                    MILBERG LLP

13 By: */s/ Jeff S. Westerman*
                                                         Jeff S. Westerman
14
       One California Plaza
15     300 South Grand Avenue, Suite 3900
       Los Angeles, California  90071

16 Attorneys for Plaintiff
17 ANTHONY CHIU

18
19     IT IS SO ORDERED.

20 Dated: February ____, 2011

21                                                       HONORABLE LUCY H, KOH
                                                         United States District Judge
22
23 I, Michael L. Charlson, attest that Jeff Westerman has read and approved the STIPULATION
   AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT APPLE, INC. TO RESPOND TO
24 THE COMPLAINT and consents to its filing in this action.

25
26
27
28

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
PALO ALTO